# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUDOLPH SERRANO,

        Plaintiff,

v.                                                       No. 17cv847 MCA/KK

MAYOR GREGORY HULL,
OFFICER M. CAMPOS, and
CPL. J. MARSHALL,

        Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's failure to timely file an amended complaint.

Plaintiff asserted that Rio Rancho Police Officer Campos started an investigation, and due to Officer Campos' poor work, unprofessionalism and hatred, resulted in a stalking charge which was later reduced to harassment and eventually dismissed. *See* Complaint at 3. Plaintiff also alleged that Defendants "did cause confinement (by false incarceration)," and that Officer Campos "falsely accused [Plaintiff] and intimidated his family, and kept this conduct for two long years," and "postpon[ed] custody visits until [Plaintiff's children] turned 18." Complaint at 3-4. The only allegation regarding Rio Rancho Police Cpl. Marshal is that he "was supervisor of Officer Campos at the time." Complaint at 3. The only allegation regarding Rio Rancho Mayor Hull is Plaintiff's response to whether Plaintiff sought relief from the appropriate administrative officials: "Mayor Hull told me he gets a hundred a day, to take it to the Legal Dept." Complaint at 7.

After explaining that Plaintiff's allegations are conclusory and do not state with particularity what the Defendants did to him, how their actions harmed him and what specific right he believes Defendants violated, the Court dismissed the Complaint without prejudice for failure

to state a claim, granted Plaintiff leave to file an amended complaint, and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case without prejudice. *See* Doc. 7, filed October 31, 2017. Plaintiff did not file an amended complaint by the November 21, 2017, deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**M. CHRISTINA ARMIJO**
**CHIEF UNITED STATES DISTRICT JUDGE**